granted, 479 U. S. 948.] Out-of-time motion of Johnny Harris et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied. The order, heretofore entered on December 8, 1986 [479 U. S. 1004], appointing N. Patrick Flanagan III, Esquire, is vacated and it is ordered that M. Daniel Markoff, Esquire, of Las Vegas, Nev., be appointed to serve as counsel for respondent in this case.

No. 86–344. OHIO ET AL. *v.* FLEET AEROSPACE CORP. ET AL. Appeal from C. A. 6th Cir. Motion of appellants to defer consideration in No. 86–71, *CTS Corp.* v. *Dynamics Corporation of America* [probable jurisdiction noted, 479 U. S. 810], and No. 86–97, *Indiana v. Dynamics Corporation of America* [probable jurisdiction noted, 479 U. S. 811], and to note probable jurisdiction in this case denied.

No. 86–870. PHILLIPS PETROLEUM CO. ET AL. *v.* MISSISSIPPI ET AL. Sup. Ct. Miss. [Certiorari granted, 479 U. S. 1084.] Motion of respondent Mississippi to dismiss the writ of certiorari as improvidently granted is denied.

No. 86–1172. GOODYEAR ATOMIC CORP. *v.* MILLER ET AL. Appeal from Sup. Ct. Ohio; and
No. 86–1387. MACKEY ET AL. *v.* LANIER COLLECTION AGENCY & SERVICE, INC. Sup. Ct. Ga. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 86–6367. IN RE GRAY. Petition for writ of mandamus denied.

No. 86–1408. HAYNIE ET AL. *v.* ROSS GEAR DIVISION OF TRW, INC., ET AL. C. A. 6th Cir. Certiorari granted. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 86–1030. COUNTY OF SANTA CLARA *v.* RAMIREZ. C. A. 9th Cir. Certiorari denied.

No. 86–1059. BELL *v.* BELL. C. A. 5th Cir. Certiorari denied.